# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

AMIR JOHNSON,

*Defendant.*

CRIMINAL ACTION
NO. 23-77

## ORDER

**AND NOW**, this 27th day of September 2023, upon consideration of Defendant's Motion to Dismiss Count 1 of the Indictment, (ECF 15), and the Government's Response in Opposition to the Defendant's Motion, (ECF 18), the Motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.